UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 15 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DENNIS C. ELWESS,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; et al.,<br><br>    Defendants - Appellees. | No. 13-15444<br><br>D.C. No. 2:12-cv-01956-DGC<br>U.S. District Court for Arizona, Phoenix<br><br>**ORDER** |

  A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

  Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

  This order served on the district court shall constitute the mandate of this court.

                FOR THE COURT:
                Molly C. Dwyer
                Clerk of Court

                Dru E. Van Dam
                Deputy Clerk